**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00034-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTIAN GAMBLIN,

    Defendant.

## MINUTE ORDER[1]

    Due to a conflict arising on the court's calendar, the revocation of supervised release hearing set for Friday, October 21, 2011, at 10:00 a.m. is **VACATED** and is **CONTINUED** to **3:00 p.m.** on Friday, October 21, 2011. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

    Dated: October 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.